IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHARLES WILLIAM CARTER : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05-cv-00241 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| TOM PARPIN, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .that the Court ADOPTS each of the Magistrate Judge's Reports (docs. 9, 16, 27) and AFFIRMS the Magistrate Judge's Recommendations in this matter. The Court GRANTS Defendants' Motion to Dismiss (doc. 5), DENIES Plaintiff's Motions for Default Judgment (doc. 7 & 19), DENIES Plaintiff's Motion to Supplement the Complaint (doc. 15), DENIES Defendants' Motion to Strike Plaintiff's Motion for Default Judgment (doc. 23) as Moot, DENIES Plaintiff's Motion to Strike Defendants' Motion to Strike (doc. 24) as moot, and CERTIFIES pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons indicated herein an appeal of this Court's Order would not be taken in good faith. The Court DISMISSES this case from its docket.

3/7/06　　　　　　　　　　　　　　　　　　　James Bonini, Clerk

　　　　　　　　　　　　　　　　　　　　　　s/Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　Kevin Moser
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk